■ DIANNE LOTHSTEIN, Appellant, v ARTHUR LOTHSTEIN, Respondent, et al., Defendant. (And Another Action.)—Order and judgment (one paper) of the Supreme Court, Nassau County, entered August 26, 1985, affirmed, without costs or disbursements, for reasons stated by Justice Velsor at Special Term. We further find that the letter of July 11, 1977, sufficiently complied with the requirements of the Statute of Frauds (see, General Obligations Law § 5-703 [2]). Niehoff, J. P., Rubin, Kunzeman and Spatt, JJ., concur.